# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☐ Under Seal

**Judge Assigned:** Brinkema

City:

Superseding Indictment:

**Criminal No.** 1:24-CR-78

County: Stafford

Same Defendant:

New Defendant: XXX

Magistrate Judge Case No.:

**Arraignment Date:**

Search Warrant Case No.:

R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** LAKISHER ANN WRIGHT

Alias(es):

☐ Juvenile   FBI No.

**Address:** Fredericksburg, VA

Employment:

**Birth Date:** xx/xx/1979   **SSN:** xxx-xx-2676   **Sex:** Female   **Race:** Black   **Nationality:**

**Place of Birth:**   Height:   Weight:   Hair:   Eyes:   Scars/Tattoos:

☐ Interpreter   **Language/Dialect:**   Auto Description:

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☒ Not in Custody

☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:** John C. Kiyonaga   ☐ Court Appointed   **Counsel Conflicts:**

**Address:** 600 Cameron Street, Alexandria, VA 2231   ☒ Retained

**Phone:** 703-739-0009   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Katherine E. Rumbaugh   **Phone:** 703.299.3700   **Bar No.**

## Complainant Agency - Address & Phone No. or Person & Title:

AmeriCorps - OIG, Special Agent Kenneth Colon

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 371 | Conspiracy | #1 | Felony |
| Set 2: | | | | |

**Date:** 4/15/2024   **AUSA Signature:** /s/ Katherine E. Rumbaugh

*may be continued on reverse*